# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID LEVOYD REED,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 79529

**FILED**

SEP 2 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order denying a pretrial petition for a writ of habeas corpus,[1] denying a motion to dismiss indictment, and denying a motion for sanctions. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no appeal lies from an order denying a pretrial petition for a writ of habeas corpus, denying a motion to dismiss indictment, and denying a motion for sanctions. *Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980); *Sheriff v. Gillock*, 112 Nev. 213, 912 P.2d 274 (1996); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

[1]The jury trial is scheduled for March 2, 2020.

19-39350

cc: Hon. William D. Kephart, District Judge
David Levoyd Reed
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Rochelle Nguyen